UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-23105-CIV-HUCK/O'SULLIVAN

BROWARD MARINE, INC., et al.,

      Plaintiffs,

v.

S/V ZEUS,

      Defendant.

_____/

## ORDER COMMENCING PROCEEDINGS SUPPLEMENTARY TO EXECUTION AND IMPLEADING THIRD PARTIES

This cause came before the Court upon the motion by judgment creditors, BMI INVESTMENT GROUP, LLC and BME INVESTMENT GROUP, LLC, to commence proceedings supplementary to execution and to implead third parties. See Plaintiff's Motion to Commence Proceedings Supplementary and to Implead Third Parties and Memorandum in Support Thereof (DE# 126, 12/19/08). Upon consideration of the motion, the pleadings and papers on file and being further advised in the premises, in accordance with the foregoing, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The plaintiff has met the jurisdictional requirements of Fla. Stat. § 56.29. It has shown by affidavit that the United States Marshal holds a valid unsatisfied writ of execution and has provided a list of persons to be impleaded. General Trading Inc. v. Yale Material Handling, Corp., 119 F. 3d 1485, 1496 n. 22 (11th Cir. 1997).

2.    Plaintiff's Motion to Commence Proceedings Supplementary and to Implead

Third Parties and Memorandum in Support Thereof (DE# 126, 12/19/08) is

GRANTED. Marina Funding Group, Inc., Burrell Industries, Inc., Larry A. Zink,

Esq. and Glenn Straub are hereby IMPLEADED as defendants to this cause for

the purposes of post-judgment supplementary proceedings in aid of execution.

3.     Plaintiffs shall serve a copy of this Order upon all Impleaded Defendants by

formal service of process. Each Impleaded Defendant shall, in accordance with

the applicable rules, have twenty (20) days from the date of service to respond or

show cause as to why any assets should not be declared fraudulently acquired

from Double Eagle Yachts, Inc., or why it is not an alter ego of Defendant,

Double Eagle Yachts, Inc. **The plaintiff shall file with the Court proof of**

**service as to each Impleaded Defendant**.

4.     Upon response from the Impleaded Defendants, the plaintiff may file a motion

with the Court to set hearings for post-judgment supplementary proceedings.

DONE AND ORDERED, in Chambers, at Miami, Florida this **19th** day of March,

2009.

JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE


Copies provided to:
United States District Judge Huck
All counsel of record

2