UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-23105-CIV-O'SULLIVAN

[CONSENT]

BROWARD MARINE, INC., et al.,

    Plaintiffs,

v.

S/V ZEUS,

    Defendant.
_____/

BROWARD MARINE, INC., et al.,

    Supplemental Plaintiffs,

v.

MARINA FUNDING GROUP, INC., et al.,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came on for trial before the Court, and the issues having been duly tried, it is:

**ORDERED AND ADJUDGED** as follows:

1.    For the reasons expressed in this Court's separate order entered today entitled *Findings of Facts and Conclusions of Law*, Judgment is hereby entered in favor of the supplemental plaintiffs, BMI Investment Group, LLC and BME Investment Group, LLC, and against the supplemental defendants Marina Funding Group, Inc., Burrell Industries, Inc., Larry A. Zink and Glenn F. Straub, jointly and severally.

2.    The supplemental plaintiffs shall recover the full amount of the costs judgment (DE# 117) in the amount of $67,302.77, plus interest from February 15, 2006 at the rate

of 4.6% (28 U.S.C. § 1961), for which let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this **1st** day of February, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record